UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 15cr10146 |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| 1.  WILLIE BERRY, a/k/a "Sco," and a/k/a "Scodough," | ) ) | 21 U.S.C. § 846 – Conspiracy to Distribute Cocaine |
| 2.  TONY BERRY, a/k/a "Mazibrawl," | ) | Base, Cocaine, Heroin and |
| 3.  FRANCISCO ARIAS, a/k/a "Emilio Perez," | ) ) | Oxycodone |
| 4.  ANTONIO CHATMAN, | ) | 21 U.S.C. § 853 -- |
| 5.  DAVID COKE, a/k/a "Slime," | ) | Criminal Forfeiture Allegation |
| 6.  ROSHAUN HAWKINS, a/k/a "Pretty," | ) | |
| 7.  JUAN LARA, a/k/a "Miguel," | ) | |
| 8.  DESMOND PERSON, and | ) | |
| 9.  JAMES WILLIAMS, | ) | |
| Defendants. | ) | |

## INDICTMENT

**COUNT ONE:**   (Title 21, United States Code, Section 846 -- Conspiracy to Distribute Cocaine Base, Cocaine, Heroin, and Oxycodone)

The Grand Jury charges that:

From a time unknown to the Grand Jury and continuing until on or about June 16, 2015, at Boston, and elsewhere in the District of Massachusetts; at the Bronx, and elsewhere in the Southern District of New York; at Atlanta, and elsewhere in the Northern District of Georgia; and at other places presently known and unknown:

      1.    WILLIE BERRY, a/k/a "Sco," and a/k/a "Scodough,"
      2.    TONY BERRY, a/k/a "Mazibrawl,"
      3.    FRANCISCO ARIAS, a/k/a "Emilio Perez,"
      4.    ANTONIO CHATMAN,
      5.    DAVID COKE, a/k/a "Slime,"
      6.    ROSHAUN HAWKINS, a/k/a "Pretty,"

      7.    **JUAN LARA**, a/k/a "Miguel,"
      8.    **DESMOND PERSON**, and
      9.    **JAMES WILLIAMS**,

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with other persons known and unknown to the Grand Jury, to distribute, and to possess with intent to distribute, cocaine, a Schedule II controlled substance, cocaine base, a Schedule II controlled substance, heroin, a Schedule I controlled substance, and oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the conspiracy described herein involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii). Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii), is applicable to this count.

The Grand Jury further charges that 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, is attributable and were reasonably foreseeable to defendant **WILLIE BERRY**. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii), is applicable to this count.

The Grand Jury further charges that the conspiracy described herein involved 280 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(iii). Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii), is applicable to this count.

The Grand Jury further charges that 280 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, is attributable and were reasonably foreseeable to defendant **WILLIE BERRY**. Accordingly, Title 21, United

States Code, Section 841(b)(1)(A)(iii), is applicable to this count.

The Grand Jury further charges that the conspiracy described herein involved 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii). Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii), is applicable to this count.

The Grand Jury further charges that 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, is attributable and were reasonably foreseeable to defendant **DESMOND PERSON**. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii), is applicable to this count.

The Grand Jury further charges that the conspiracy described herein involved 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(i). Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(i), is applicable to this count.

The Grand Jury further charges that 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, is attributable and were reasonably foreseeable to defendants **WILLIE BERRY, FRANCISCO ARIAS**, and **DAVID COKE**. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(i), is applicable to this count.

The Grand Jury further charges that the conspiracy described herein involved 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(i). Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(i), is applicable to this count.

The Grand Jury further charges that 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, is attributable and reasonably foreseeable to defendant **ROSHAUN HAWKINS.** Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(i), is applicable to this count.

All in violation of Title 21, United States Code, Section 846.

## DRUG FORFEITURE ALLEGATION
### (Title 21, United States Code, Section 853)

The Grand Jury further charges that:

1. As a result of the offense alleged in Count One of this Indictment:

    1. **WILLIE BERRY**, a/k/a "Sco," and a/k/a "Scodough,"
    2. **TONY BERRY**, a/k/a "Mazibrawl,"
    3. **FRANCISCO ARIAS**, a/k/a "Emilio Perez,"
    4. **ANTONIO CHATMAN**,
    5. **DAVID COKE**, a/k/a "Slime,"
    6. **ROSHAUN HAWKINS**, a/k/a "Pretty,"
    7. **JUAN LARA**, a/k/a "Miguel,"
    8. **DESMOND PERSON**, and
    9. **JAMES WILLIAMS**,

defendants herein, shall forfeit to the United States, jointly and severally, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; and/or any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations, including but not limited to:

    (a) one gray 2011 Infiniti M37X sedan bearing VIN JN1BY1AR2BM374404 and Massachusetts registration 787BW7.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants –

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided

without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1 above, including but not limited to:

  (a) the real property located at 2300 Burdett Ridge Drive, Atlanta, Georgia, including all buildings, appurtenances and improvements thereon;

  (b) the real property located at 5335 Willow Park Boulevard, College Park, Georgia, including all buildings, appurtenances and improvements thereon;

  (c) the real property located at 7840 Bar Harbor Drive, Riverdale, Georgia, including all buildings, appurtenances and improvements thereon;

  (d) the real property located at 330 Blue Sail Lane, Atlanta, Georgia, including all buildings, appurtenances and improvements thereon; and

  (e) one red 1973 Buick Electra bearing VIN 4V39T3Y209736 and Massachusetts registration 1BY193.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY


_____
EMILY CUMMINGS
MICHAEL J. CROWLEY
Assistant U.S. Attorneys


DISTRICT OF MASSACHUSETTS                June 16, 2015

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

12:10 pm

6/16/15