EXHIBIT 2





